UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:08-CR-087-LRH-WGC |
| Plaintiff, ) | |
| vs. ) | |
| TREVOR BLACK ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#48) on December 10, 2009. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: YOLANDA K MANNING
Amount of Restitution: $5,195.42

Payment is Joint and Several with oo-defendant Lorianne Black.

**Total Amount of Restitution ordered: $5,195.42**

Dated this 10th day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE